MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN AND JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
email@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; et al.

    v.

ADOLPH'S GLASS COMPANY, INC.,

          Defendant.

CASE NO.: C 05-05276 MJJ

**REQUEST FOR VOLUNTARY DISMISSAL AND ORDER**

Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a). The matter has been resolved between the parties, and Plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: May 31, 2006

SALTZMAN & JOHNSON LAW CORPORATION

/s/
By: MICHELE R. STAFFORD
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Dated: 6/6/2006

_____
UNITED STATES DISTRICT COURT JUDGE

**REQUEST FOR VOLUNTARY DISMISSAL**
CASE NO.:C 05-05276 MJJ

1